# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW WHITFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:21-cv-02733- MSG |
| v. | ) | |
| | ) | |
| PROOFPOINT, INC., GARY STEELE, | ) | |
| DANA EVAN, ELIZABETH RAFAEL, | ) | |
| JONATHAN FEIBER, KEVIN HARVEY, | ) | |
| KRISTEN GIL, LEYLA SEKA, MICHAEL | ) | |
| JOHNSON, and RICHARD WALLACE, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 5, 2021

**GRABAR LAW OFFICE**

By: _Joshua H. Grabar_____
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*